EBEL, J.,
dissenting.
I respectfully dissent because I believe there is just barely enough evidence in this case to raise genuine disputes of fact. Therefore, I think it was inappropriate to enter a summary judgment for the defendant.
Of the two reasons asserted for firing Ms. Green, counsel for the defendant on appeal admitted that the first reason (that she did not make copies on one occasion) was trivial. As to the second reason- — -that she went to another supervisor — I think there is a genuine dispute of fact. It is not at all clear from this record that her conversation with Mr. Martinez was of a nature that would be considered contrary to the instruction that she bring her concerns to Ms. Sosaya rather than to a coworker. I also believe that her evidence of heightened scrutiny might be considered evidence of pretext.
I agree that Ms. Green’s case is very thin, but I believe it is enough to avoid summary judgment at this stage in the proceedings.